PROB 12C
(6/16)

Report Date: July 8, 2020

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Manuel Vargas, Jr. | Case Number: 0980 2:10CR00038-WFN-1 |
| Address of Offender: | Cheney, Washington 99004 |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 27, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 151 months; TSR - 180 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | October 1, 2019 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | September 30, 2034 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On July 2, 2020, the offender was arrested by the Spokane County Sheriff's Department and charged with forgery, case number 2010229632.<br><br>According to the incident report, on July 2, 2020, the offender attempted to cash a check in the amount of $4,487.63 at a Washington Mutual bank.  The check was written out to an individual by the name of Miguel Pierre and was dated December 6, 2019.  The bank teller who was assisting the offender with the deposit noticed that the check also appeared to be a printout of a check.  Subsequently, the bank teller contacted Washington Mutual bank's internal fraud department who confirmed the check had previously been identified as fraudulent.  The bank teller called police to report the incident and obtained the offender's driver's license to keep him at the scene until law enforcement arrived.<br><br>When questioned by law enforcement officers at the scene, the offender stated he had completed tree removal services for a customer on June  26, 2020.  He indicated the |

Prob12C
**Re: Vargas, Manuel**
**July 8, 2020**
**Page 2**

customer was provided with his debit card information and pin number so that she could deposit a check into his account for the tree removal services. The offender stated a copy of the aforementioned check was later returned to him via mail because there were insufficient funds in the account. He informed officers that he took that check and tried to cash it at the Washington Mutual bank. The offender acknowledged he endorsed the check, but stated he failed to realize his name was not listed as the recipient on the check. He also failed to notice the date on the check, which was dated approximately 6 months before the alleged tree removal services were rendered. Subsequently, the offender was placed under arrest and taken into custody.

On July 3, 2020, the offender was released from Spokane County Jail on his own recognizance. He is scheduled to appear in Spokane County Superior Court for his arraignment on July 15, 2020.

On October 1, 2019, the offender reported to the United States Probation Office for a scheduled intake appointment. At that time, his conditions were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, that he not commit another federal, state, or local crime.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 8, 2020

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/9/2020
Date