PROB 12C
(6/16)

Report Date:  June 18, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Manuel Vargas, Jr.                   Case Number: 0980 2:10CR00038-MKD-1

Address of Offender: ████████████████ Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: August 27, 2010

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 151 months<br>TSR - 180 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: October 1, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: September 30, 2034 |

## PETITIONING THE COURT

To issue a warrant.

On October 1, 2019, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by committing the offense of Assault Third Degree Weapon or Negligent Injury - Domestic Violence, in violation of R.C.W. 9A.36.031 CF, on or about June 18, 2024.<br><br>On June 18, 2024, the offender was arrested for the above-referenced offense.  He is scheduled to appear in Spokane County Superior Court on this same date for his initial appearance, case number 2410161132. |

**Prob12C**
**Re: Vargas, Jr., Manuel**
**June 18, 2024**
**Page 2**

As of this writing, there is no additional information available regarding the offense conduct. The probation officer has requested this information and once it is received, the Court will be provided with such.

At this time, the offender remains in custody at the Spokane County Jail.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 18, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

6/20/2024

Date