PROB 12C
(6/16)

Report Date: September 26, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2025

SEAN F. MCAVOY, CLERK

ECF No. 102

| | |
|---|---|
| Name of Offender: Manuel Vargas, Jr. | Case Number: 0980 2:10CR00038-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99216 | |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: August 27, 2010

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 151 months<br>TSR - 180 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Lisa Cristine Cartier-Giroux | Date Supervision Commenced: October 1, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: September 30, 2034 |

## PETITIONING THE COURT

To issue a warrant.

On October 1, 2019, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by committing the offense of Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(b)(1)(B), on or about September 25, 2025.<br><br>On September 25, 2025, a federal search warrant was executed at the offender's residence. In the residence, agents located a bag that contained approximately 127 grams of a white crystalline substance.  This substance tested presumptive positive for methamphetamine.<br><br>As of this writing, federal charges have not been filed. |
| 2 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |

Prob12C
**Re: Vargas, Jr., Manuel**
**September 26, 2025**
**Page 2**

|  |  |
|---|---|
|  | **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by committing the offense of Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 841(b)(1)(B), on or about September 25, 2025. |
|  | As previously noted, federal agents executed a search warrant at the offender's residence on September 25, 2025. During the search, officer's located a bag that contained approximately 103 grams of a white powdery substance, which tested presumptive positive for fentanyl. This is the same bag where agents discovered the methamphetamine alleged in violation number 1. |
|  | As of this writing, federal charges have not been filed. |
| 3 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| 4 | **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |
|  | **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by committing the offense of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8). He is also alleged to have violated mandatory condition number 5, by possessing a firearm and ammunition, which are prohibited by his conditions of supervised release. |
|  | On September 25, 2025, federal agents located and seized a firearm from the offender's residence during the execution of a federal search warrant. The firearm was located in the same bag as the aforementioned controlled substances. The firearm was a Sig Sauer P365 9mm, with a loaded magazine; however, no round was in the chamber. |
|  | As of this writing, federal charges have not been filed. |
| 5 | **Mandatory Condition #3:** The defendant shall not possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
|  | **Supporting Evidence:** The offender is alleged to have violated mandatory condition number 3, by being in possession of controlled substances on or about September 25, 2025. |
|  | As noted in violations number 1 and 2, on September 25, 2025, federal agents located methamphetamine and fentanyl in the offender's residence. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Prob12C
Re: Vargas, Jr., Manuel
September 26, 2025
Page 3

|  |  |
|---|---|
| Executed on: | September 26, 2025 |
|  | s/Lori Cross |
|  | Lori Cross<br>U.S. Probation Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M.K. Dimke

Signature of Judicial Officer

9/26/2025

Date